Bankruptcy Case No. 08-13293

Adversary Proceeding No. 11-1204

# CERTIFICATE OF SERVICE

I, Andrew L. Cole          , certify that I am, and at all times during the service of process was, not less than
   (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made  April 20, 2011        by:
                                                          (date)

**X**  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   GHA, Inc.
   P.O. Box 9800
   McLean, VA 22102

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


__ Residence Service: By leaving the process with the following adult at:


__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


__ Publication: The defendant was served as follows: [Describe briefly]


__ State Law: The defendant was served pursuant to the laws of the State of _____ ,
   as follows: [Describe briefly]                                    (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

_____April 20, 2011_____          _____/s/ Andrew L. Cole_____
            Date                                      Signature

**Print Name**
Andrew L. Cole
**Business Address**
Franklin & Prokopik, The B&O Building, Two N. Charles St., Ste. 600

| City | State | Zip |
|---|---|---|
| Baltimore | MD | 21201 |

[ver. 05/02]